# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VICTOR M. MALDONADO,**

       **Plaintiff,**

**-vs-**                                                                                                                **Case No.  6:04-cv-1771-Orl-31KRS**

**LAND-RON, INC., RONALD H. KARPIUK
& ROY H. KARPIUK,**

       **Defendants.**
_____

# ORDER

This cause comes before the Court on Motion for Final Default Judgment by Clerk (Doc. No. 11) filed April 11, 2005.

On June 6, 2005, the United States Magistrate Judge issued a report (Doc. No. 14) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1.    That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.    That the Motion for Final Default Judgment by Clerk is **DENIED** without prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 24th day of June, 2005.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE