# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VICTOR M. MALDONADO,**

        **Plaintiff,**

**-vs-**         Case No. 6:04-cv-1771-Orl-31KRS

**LAND-RON, INC., RONALD H. KARPIUK
& ROY H. KARPIUK,**

        **Defendants.**

___

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **AGREED MOTION TO SET ASIDE ENTRY OF DEFAULT AGAINST DEFENDANT LAND-RON, INC. AND GRANT ENLARGEMENT OF TIME FOR DEFENDANT LAND-RON, INC. TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT (Doc. No. 19)**
>
> **FILED:** July 19, 2005
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

I find that the parties have established good cause for setting aside the clerk's default that was entered in this case, doc. no. 10. *See* Fed. R. Civ. P. 55(c) (for good cause shown the court may set aside an entry of default). Therefore, the default is set aside, and the deadline for Defendant Land-Ron, Inc. to answer or otherwise plead in response to the complaint is extended to

August 15, 2005. No other deadlines in this case are extended by this order, and the parties shall not rely on this extension as support for a motion to extend any other deadlines in this case.

It is further ORDERED that counsel for the Plaintiff shall serve a copy of the amended complaint and summons, if necessary, on Defendant Ronald H. Karpiuk.

**DONE** and **ORDERED** in Orlando, Florida on July 21, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties